FRANKLIN J. LOVE, BAR #80334
125 S. Citrus Ave.
Suite 101
Covina, California 91723
(626)653-0455

Attorney for Assignee of Record
CREATIVE RECOVERY CONCEPTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KINGSVIEW PAY-PER-VIEW, LTD.    ) CASE No. CV 00-11833 RMT(SHx)
                                )
        Plaintiff                )
                                ) RENEWAL OF DEFAULT JUDGMENT
                                )
vs.                              )
                                )
JOSE ANTONIO ZAVALA              )
individually and dba             )
LA FAENA aka LA RAENA            )
        Defendant                )
_____)

Based upon the application for renewal of judgment and pursuant to F.R.C.P. 69(a) and C.C.P. 683.110 through 683.320, and good cause appearing, therefore:

The judgment against defendant JOSE ANTONIO ZAVALA individually and dba LA FAENA aka LA RAENA entered on May 24, 2001 is hereby renewed in the amounts set forth below:

Renewal of money judgment

    a. Total judgment          $6,800.00
    b. Costs after judgment    $    0.00
    c. Attorney Fees           $    0.00
    d. Subtotal                $6,800.00

Renewal of Default Judgment
Case No. CV 00-11833 RMT (SHx)

```
        e. Credits after Judgment      $    0.00
        f. Subtotal                    $6,800.00
        g. Interest after Judgment     $1,669.78
        h. Fee for filing renewal      $    0.00
        i. TOTAL RENEWED JUDGMENT      $8,469.78

              03/31/11                      Lori Muraoka
    DATED:_____        CLERK,_____
                                      by Deputy
```

Renewal of Default Judgment
Case No. CV 00-11833 RMT (SHx)